UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CASE NO._____

| | | |
|---|---|---|
| HAROLD W. BARNES, JR. | : | JUDGE_____ |
| 1105 STRINGTOWN ROAD | : | |
| CORINTH, KENTUCKY 41010 | : | |
| | : | |
| PLAINTIFF | : | |
| | : | **COMPLAINT** |
| VS. | : | (FELA CASE) |
| | : | WITH JURY DEMAND |
| CSX TRANSPORTATION, INC. | : | |
| S/C J-160 | : | |
| 500 WATER STREET | : | |
| JACKSONVILLE, FL. 32202 | : | |
| | : | |
| Serve: CSC-Lawyers Incorporating | : | |
| Service Company | : | |
| 421 West Main Street | : | |
| Frankfort, Ky. 40601 | : | |
| | : | |
| DEFENDANT | : | |

---

Comes now the Plaintiff, by and through undersigned counsel, and files his Complaint with Jury Demand with this Honorable Court as follows:

### PARTIES

1. The Plaintiff is, **HAROLD W. BARNES, JR.**, at all times pertinent hereto a citizen and resident of the Commonwealth of Kentucky, making his permanent residence and address at 1105 Stringtown Road, Corinth, Kentucky 41010, and was at all times pertinent to this action an employee of CSX Transportation, Inc. covered by the Federal Employee Liability Act (FELA).

2.   The Defendant is, **CSX TRANSPORTATION, INC.**, at all times pertinent hereto a foreign corporation licensed to do business in the Commonwealth of Kentucky pursuant to the regulations and requirements of the Kentucky Secretary of State, with a corporate address of S/C J-160, 500 Water Street, Jacksonville, Florida 32202, and with a properly identified serving agent CSC-Lawyers Incorporating Service Company, 421 West Main Street, Frankfort, Kentucky 40601, and was at all times pertinent hereto the FELA employer of Plaintiff Harold W. Barnes, Jr.

## JURISDICTION

3.   This case is brought before this Honorable Court under the Federal Employees Liability Act (FELA) (45 U.S.C. §§ 51).  Further claims of this Plaintiff have jurisdiction in this Court per 49 CFR 225.33 and those pertinent parts of those Federal Regulations requiring reporting to the FRA of Plaintiff's injury.

## FACTS

4.   On or about May 5, 2006 Plaintiff was within the scope of his employment as ordered by CSX and traveling to a railroad grade crossing collision at or near Winchester, Kentucky.   While en route the Plaintiff was making a left hand turn, when the vehicle of Cassandra Morrison crossed the centerline, and coming up from behind the Plaintiff and struck the Plaintiff's vehicle in the left side while attempting to pass.  The Plaintiff's vehicle is more fully described as a 1997 Chevrolet 3500 pickup truck bearing Kentucky registration plate number FKL514, and the vehicle operated by Cassandra Morrison can be more fully described as a 1997 Ford Taurus bearing Kentucky registration plate number 755BRP.

5. This incident occurred while Plaintiff and Ms. Morrison were both traveling south on Dixie Highway, at a location more fully described as being

approximately 2 miles north of the city of Corinth, Grant County, Kentucky.   The collision occurred in a curve of U.S. 25 and on a grade, said highway being composed of dry asphalt in a rural area.

6.  Plaintiff was removed from the scene by emergency services rescue squad and taken to St. Elizabeth Medical Center emergency room with multiple injuries.

7.  Plaintiff's injuries were inclusive of, but not necessarily limited to the following diagnoses:
- Closed head injury,
- Shoulder contusion,
- Back strain.

8.  The Plaintiff sustained vision impairment which worsened over time and exacerbated a preexisting health condition from which the Plaintiff had had few symptoms prior to the impact.

9.  As a result of the head injury, the Plaintiff is now legally blind.

10.  The Plaintiff continues to have multiple problems with his health and continues to undergo spinal injections from injuries sustained in the powerful impact to the left side of his body.

11.  Plaintiff suffers from transient amnesia.

12.  This Plaintiff has developed as a result of the collision and has been professionally treated for depression, irritability, anxiety, reduced self esteem, recurrent irregular dreams, reduced sleep onset, reduced attention and memory, social isolation, and recurrent difficulty in performing activities of daily living including dressing, participation in household responsibilities and outdoor work.

The Plaintiff's medical records state the Plaintiff has suicidal ideation post traumatic motor vehicle accident.

13.  This Plaintiff has treated with more than a dozen physicians and has been the recipient of dozens of diagnostic tests, as well as being provided therapies and pharmaceutical intervention too numerous to list in the Complaint (a complete itemized list will be compiled through discovery).  This Plaintiff suffers from a diminished ability to control his emotions and monitor ongoing activities.

14.  Further diagnosis of damages include significant difficulty in cognitive functioning.

## CAUSATION

15. This Plaintiff's injuries and damages are a direct result of the negligence of the Defendant, in that the Defendant CSX Transportation, Inc. failed to provide the Plaintiff with a safe place to work, and/or failed to provide adequate medical treatment and/or professional assistance in a timely fashion.  Further, Defendant CSX Transportation, Inc. conducted an intentional infliction of emotional distress to the Plaintiff which exacerbated Plaintiff's injuries because of failing to properly; timely and adequately investigate, and report this injury to the FRA, thus constituting negligence, gross negligence and intentional misconduct.

## DAMAGES

16.  Plaintiff states his damages and losses are consistent with and inclusive of, but not necessarily limited to great personal injury, cognitive injury, optical injury insofar as the Plaintiff is now legally blind, an exacerbation of a preexisting medical condition, injury to his cranium, central nervous system, brain, spine, and damages generally to the left side of his body from the impact of the

vehicles, and he has sustained a permanent diminution in his economic earning capacity and lost wages past and future, and has been caused to spend monies for medical services, pharmaceuticals, treatments, diagnostic testing, and will be caused to undergo treatments medically into the future and will be in need of professional care to assist his everyday living needs, will be caused to need accommodations to be provided for his level of injury and functioning, and has been caused to expend attorneys fees, costs, expenses, and out of pocket miscellaneous items and in addition thereto has been caused pain, suffering, agony, and misery, both physical and mental, which has existed since the date of the injury and is believed to be both permanent and likely progressive for the remainder of his natural life.

17.  Plaintiff states his damages were exacerbated and greatly enhanced because of the intentional harassing misconduct of Defendant CSX Transportation, Inc. and the failure to report, investigate and properly respond to the FRA regulations and requirements.

**WHEREFORE**,  Plaintiff demands judgment awarding an amount of money compensatory and/or punitive that will adequately and fully compensate for those injuries and damages he has sustained; and in addition thereto seeks additional damages from the Defendant including his attorneys fees, costs and expenses and that he be granted pre and post judgment interest as is provided by the Federal and/or Kentucky statutory regulations, and that he be granted each and every alternative relief which is supported by the evidence at the time of trial and to which the Plaintiff may be entitled when presented to this Honorable Court and adjudicated just, fit and proper.

        Respectfully Submitted,

        /s/ Meredith L. Lawrence
        Meredith L. Lawrence
        Trial Counsel for Plaintiff
        KBA#40365
        107 East High Street
        P.O. Box 1330
        Warsaw, Ky.   41095
        (859) 567-8500
        Fax (859) 567-8513

        /s/ Gregory T. Hughes
        Gregory T. Hughes
        Co-Counsel for Plaintiff
        KBA #34320
        234 Elm Street
        Ludlow, Ky.   41016
        (859) 491-7000
        Fax (859) 491-7001

Plaintiff Demands Trial by Jury

        /s/ Meredith L. Lawrence
        Meredith L. Lawrence
        Trial Counsel for Plaintiff